

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Randall Shayne Justice,

\* From the 35th District Court
of Brown County,
Trial Court No. CR21456.

Vs. No. 11-16-00039-CR

\* February 16, 2017

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Randall Shayne Justice's motion to dismiss this appeal and concludes that the motion should be granted.  Therefore, in accordance with this court's opinion, the appeal is dismissed.